JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

ANTHONY BUFORD,

Petitioner,

v.

FCC VICTORVILLE, WARDEN,

Respondent.

Case No. 2:25-cv-03056-PD

JUDGMENT

Pursuant to the Memorandum Opinion and Order filed herewith, IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: July 28, 2026

Patricia Donahue

PATRICIA DONAHUE
UNITED STATES MAGISTRATE JUDGE